FILED
CLERK, U.S. DISTRICT COURT

NOV - 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-322 MMM |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |
| v. | |
| RAMIRO SOLIZ - CASTRO | |
| Defendant. | |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.  ( ✓ )  the appearance of the defendant as required; and/or

    B.  ( ✓ )  the safety of any person or the community.

The Court concludes that :

A. (✓) Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

LACK OF BAIL RESOURCES

B. (✓) Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

PRIOR CRIM HIST

IT IS ORDERED that defendant be detained.

DATE: 11/2 , 2012

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE